

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00803-CV

Juan Francisco **MONTALVO**, M.D., F.A.C.O.G., et al.,
Appellants

v.

Gabriela **LOPEZ**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2013-CVT-000841-D3
Honorable Beckie Palomo, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the orders of the trial court are AFFIRMED. It is ORDERED that appellee, Gabriela Lopez, recover her costs of this appeal from appellants, Juan Francisco Montalvo, M.D., F.A.C.O.G., Winder N. Vasquez, M.D., Miguel E. Najera, J.D., Executor of the Estate of Miguel E. Najera, M.D., Deceased, and Laredo Regional Medical Center, L.P. d/b/a Doctors Hospital of Laredo.

SIGNED April 8, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice